**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ZHUQING LI,**<br>**A# 246 175 074,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, DILLEY IMMIGRATION PROCESSING CENTER *et al.*,**<br><br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. SA-26-CV-07048-OLG** |

**DISMISSAL ORDER**

Before the Court is the status of this habeas proceeding, which Petitioner Zhuqing Li initiated on November 2, 2026. Respondents have since advised the Court of Petitioner's removal from the United States. (Dkt. No. 4). Accordingly, because Petitioner is no longer in Respondents' custody, her Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

**SIGNED** on November 12, 2026.

ORLANDO L. GARCIA
United States District Judge